**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Michael Martin, | Case No. 2:25-cv-02490-JAD-NJK |
|     Plaintiff, | **Order** |
| v. | [Docket No. 6] |
| Clark County, Nevada, et al., | |
|     Defendant(s). | |

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 6. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). Plaintiff's motion is **GRANTED** subject to the following:

- No later than March 13, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1