**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Michael Martin, | Case No. 2:25-cv-02490-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 30, 37] |
| Clark County, Nevada, et al., | |
| Defendant(s). | |

Pro se plaintiff Michael Martin brings this lawsuit to address his dissatisfaction with Nevada's family-court system. Docket No. 6.[1] Defendants have appeared in this case by filing motions to dismiss. Docket Nos. 17-18, 23, 32. The parties are now before the Court on competing motions as to whether discovery should proceed or be stayed. *See* Docket No. 30 (motion for discovery plan); Docket No. 37 (motion to stay); Docket No. 45 (joinder to motion to stay); Docket No. 49 (joinder to motion to stay). These motions have been briefed and are properly resolved without a hearing. *See* Local Rule 78-1. Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-83 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[2] Accordingly, the Court **DENIES** the motion for discovery plan (Docket No. 30) and **GRANTS** the motion to stay discovery (Docket No. 37). If resolution of the motions

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motions to dismiss is not intended to prejudice their outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motions and related briefing, but will not provide discussion of the merits herein.

to dismiss does not result in termination of this case, the parties must file a joint proposed discovery schedule within 21 days of the issuance of the order resolving the motions to dismiss.

IT IS SO ORDERED.

Dated: May 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2