Michael Martin
12228 Nasino Ave
Las Vegas, Nevada 89138
702-426-4362
Mikermartin8275@yahoo.com
**Plaintiff**, In Proper Person

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA (SOUTHERN DIVISION)**

| | |
|---|---|
| MICHAEL MARTIN (Pro Se) & Minor child(ren)<br><br>Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY NEVADA (government entity); HONORABLE HEIDI ALMASE (individual capacity); NEVADA FAMILY LAW GROUP LLC. (private law firm); DANIELLE DAWSON Esq. (individual party); & DANIELLE PALMER (individual party)<br><br>Defendant(s). | Case No.: 2:25-cv-02490-JAD-NJK<br><br>Ref. CM/ECF doc. 30, 37, & 53<br><br>Req. for **Status Check & Maintained position** (See: 42 U.S.C. § 1983; 28 U.S.C. § 1447(a)(c); F.R.S. § 1979; Pub. L. 96-170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104-317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853).<br><br>Plaintiffs seek injunctive, compensatory, nominal, and financial damages from the named Defendants.<br><br>Trial by Jury: **YES** |

**NOTICE OF CONTINUED POSITION REGARDING PENDING LITIGATION [MOTIONS/MATTERS PRESENTED] IN CASE 2:25-cv-02490-JAD-NJK**

Mr. Martin appearing [pro se], respectfully submits this Notice solely to clarify the status of ECF doc. 53, presently before the Court.

The Courts' Order was filed on 06, May 2026 at ECF No. 53 and remains pending before the Court. Mr. Martin and minor child(ren) are awaiting the Court's ruling on that complex matter. This document is merely to report to the Court that the Plaintiffs maintain their position

while, awaiting further instruction(s) and complying with **FRCP 41(b)- *involuntary dismissal* of a civil action.**

For avoidance of doubt, Mr. Martin & minor child(ren) have **not withdrawn, abandoned, waived, or otherwise relinquished** the position and relief requested in ECF No. 6,8, 11,24,30, 38, 41, 42, 44, 46, & 52 [on the identified MERITS]. Nothing in Mr. Martin's conduct or in this Notice should be construed as a withdrawal, abandonment, or to harass the Defendants.

Mr. Martin and his minor child(ren) respectfully continue to maintain the position stated in their above cited filings (Id.), with all points and legal references therein, and will abide by the Court's forthcoming ruling(s).

This Notice is submitted for the limited purpose of clarifying the record and does not seek reconsideration, modification, or additional relief.

DATED this _25__ day of ___September_______, 2026.

Respectfully submitted,

Michael Martin
12228 Nasino Ave LVN 89138
702-426-4362
mikermartin8275@yahoo.com
Plaintiff(s) (Pro Se)

DATED this 25 day of SEPTEMBER, 20 26

Pursuant to NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

_________________ (signature)

Michael Martin & Minor child(ren)
12228 Nasino Ave
Las Vegas, Nevada 89138
702-426-4362
Mikermartin8275@yahoo.com
**Plaintiff**, In Proper

## CERTIFICATE OF CM/ECF FILING

I HEREBY CERTIFY that on the _25____ day of ____September____ , 20_26__ , I electronically filed the foregoing **NOTICE OF CONTINUED POSITION REGARDING PENDING LITIGATION [MOTIONS/MATTERS PRESENTED] IN CASE 2:25-cv-02490-JAD-NJK** in the CM/ECF Filing System, addressed to the following:

Defendant(s): CLARK COUNTY NEVADA (government entity); HONORABLE HEIDI ALMASE (individual capacity); NEVADA FAMILY LAW GROUP LLC. (private law firm); DANIELLE DAWSON Esq. (individual party); & DANIELLE PALMER (individual party)

DATED this 25 day of SEPTEMBER , 2026.

Pursuant to NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

(signature)

Michael Martin (Pro Se)