**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9 day of November, 2026, I electronically filed the foregoing document with the Clerk of the Court through the Court's Electronic Case Filing (ECF) system: **NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS, reference ECF No. 55 in case 2:25-cv-02490-JAD-NJK.** Pursuant to the applicable electronic filing and service rules, the ECF system generated electronic notice of the filing and service upon all registered counsel of record and associated attorneys in this action who are authorized to receive electronic service through the system. Accordingly, service of the foregoing document was effectuated electronically upon all such counsel of record through the ECF system.

DATED this 9 day of November, 2026.

Pursuant to NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

______________________ *(signature)*

Michael Martin