Generated: Nov 9, 2026 2:47PM



# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Nov 9, 2026 2:47PM

Michael Martin

Rcpt. No: 200022713 Trans. Date: Nov 9, 2026 2:47PM Cashier ID: #MMMn (7112)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |

**Comments**: 2:25-cv-02490-JAD-NJK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 09 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY